

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-12-00068-CV

1ST RESOURCE GROUP, INC.,                                    APPELLANTS
GARY FEWELL, DOUGLAS
MCKINNON, DANIEL STREETS,
AND RESOURCE VENTURE
PARTNERS, LLC

V.

UMED HOLDINGS, INC.                                          APPELLEES

------------

## FROM THE 415TH DISTRICT COURT OF PARKER COUNTY

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

We have considered appellants' "Unopposed Motion To Dismiss." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

---

[1]*See* Tex. R. App. P. 47.4.

Costs of the appeal shall be paid by appellants, for which let execution issue.  *See* Tex. R. App. P. 42.1(d).

PER CURIAM

PANEL:  LIVINGSTON, C.J.; DAUPHINOT and GARDNER, JJ.

DELIVERED:  May 17, 2012